# EXHIBIT A

**Information Subject to Liberty Media's Emergency Ex-Parte Motion for Early Discovery**

The plaintiff, Liberty Media Holdings, LLC ("Liberty") seeks documents, information, and subscriber records sufficient to identify John Does 1–38, based on the IP address and Hit Date information listed in Table 1 below, including:

1. Name
2. Present address and address as of the Hit Date
3. Telephone number
4. Email Address
5. Media Access Control ("MAC") Address, and
6. The Internet Service Provider's Terms of Service applicable to the subscriber.

| TABLE 1 | | | |
|---|---|---|---|
| **IP Address** | **Hit Date (UTC)** | **ISP** | **Estimated City** |
| 71.233.168.113 | 15.11.2010 16:01:38 | Comcast Cable | Lowell |
| 66.30.115.104 | 15.11.2010 19:55:10 | Comcast Cable | Cambridge |
| 24.147.176.193 | 16.11.2010 02:39:24 | Comcast Cable | Boston |
| 76.119.104.125 | 16.11.2010 04:13:47 | Comcast Cable | Northampton |
| 76.19.23.251 | 16.11.2010 06:46:32 | Comcast Cable | Boston |
| 71.233.69.203 | 16.11.2010 23:32:02 | Comcast Cable | Bellingham |
| 71.192.242.221 | 17.11.2010 05:03:22 | Comcast Cable | Roslindale |
| 98.216.106.88 | 17.11.2010 06:36:09 | Comcast Cable | Cambridge |
| 68.112.244.132 | 17.11.2010 07:06:55 | Charter Communications | Worcester |
| 24.91.60.179 | 17.11.2010 21:15:42 | Comcast Cable | Marlborough |
| 98.216.154.230 | 17.11.2010 21:22:11 | Comcast Cable | Brookline |
| 216.15.127.56 | 18.11.2010 16:32:22 | RCN Corporation | Allston |
| 75.69.46.3 | 21.11.2010 01:01:28 | Comcast Cable | Whately |

| TABLE 1 | | | |
|---|---|---|---|
| **IP Address** | **Hit Date (UTC)** | **ISP** | **Estimated City** |
| 24.2.207.9 | 21.11.2010 12:58:22 | Comcast Cable | Beverly |
| 97.80.121.93 | 21.11.2010 18:48:09 | Charter Communications | Chicopee |
| 71.192.115.67 | 22.11.2010 03:37:24 | Comcast Cable | Woburn |
| 24.62.198.237 | 23.11.2010 05:49:41 | Comcast Cable | Marion |
| 71.192.142.223 | 23.11.2010 19:05:31 | Comcast Cable | Springfield |
| 24.218.109.54 | 24.11.2010 07:31:48 | Comcast Cable | Boston |
| 173.76.111.98 | 25.11.2010 03:19:14 | Verizon Internet Services | Marlborough |
| 24.60.16.41 | 25.11.2010 15:49:25 | Comcast Cable | Chestnut Hill |
| 24.62.137.164 | 27.11.2010 03:04:20 | Comcast Cable | Lowell |
| 24.218.205.41 | 27.11.2010 22:04:23 | Comcast Cable | Boston |
| 71.233.245.203 | 28.11.2010 01:21:36 | Comcast Cable | Medford |
| 76.118.182.249 | 28.11.2010 05:48:05 | Comcast Cable | Cambridge |
| 67.186.133.215 | 01.12.2010 16:35:26 | Comcast Cable | Cambridge |
| 76.19.22.236 | 02.12.2010 05:04:39 | Comcast Cable | Boston |
| 72.93.168.241 | 03.12.2010 02:51:59 | Verizon Internet Services | Brookline |
| 98.216.97.159 | 03.12.2010 09:24:56 | Comcast Cable | Medford |
| 72.93.173.3 | 04.12.2010 05:28:22 | Verizon Internet Services | Cambridge |
| 24.61.203.200 | 06.12.2010 07:43:31 | Comcast Cable | Lowell |
| 24.61.83.19 | 07.12.2010 07:38:19 | Comcast Cable | Boston |
| 71.88.111.96 | 07.12.2010 09:08:37 | Charter Communications | Worcester |

| TABLE 1 | | | |
|---|---|---|---|
| **IP Address** | **Hit Date (UTC)** | **ISP** | **Estimated City** |
| 76.118.202.126 | 08.12.2010 00:25:42 | Comcast Cable | Attleboro |
| 98.217.178.128 | 09.12.2010 02:03:42 | Comcast Cable | Boston |
| 65.96.125.104 | 29.01.2011 05:39:22 | Comcast Cable | Boston |
| 209.6.49.239 | 30.01.2011 14:09:39 | RCN Corporation | Sommerville |
| 71.232.55.106 | 31.01.2011 03:11:08 | Comcast Cable | Boston |