UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 38,<br><br>    Defendants. | Civil Action No. 11-cv-10802-MBB |

**PLAINTIFF'S MOTION TO HAVE
RELATED CASES ASSIGNED TO THE SAME JUDGE**

The plaintiff Liberty Media Holdings, LLC ("Liberty") respectfully requests that the present lawsuit against the AE3 Swarm and Does 1–38 be assigned to the same judge as Civil Action No. 11-cv-10801-WGY under the related case rule, LR 40.1(G). The cases are related, as both involve the infringement of Liberty's copyright in the motion picture, "Down on the Farm" by a group of anonymous internet users. Moreover, judicial economy will be served by considering these cases related, as they both involve the same plaintiff and the same or similar claims and defenses.

Thus, pursuant to the local rules, Plaintiff requests that both cases be assigned to Judge William G. Young, who was assigned the earlier filed action.

1

Dated: May 10, 2011

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. Copies of this pleading will be served on the John Doe defendants when they make an appearance in the case.

      /s/ Aaron Silverstein
      Aaron Silverstein