UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC
        Plaintiff

       v.                      Civil Action No. 11-CV-10802-MBB

SWARM SHARING HASH FILE et al
        Defendant

## REQUEST FOR REASSIGNMENT

Not all parties having consented to the Magistrate Judge's jurisdiction and the plaintiff's request for consolidation granted, this case is returned to the Clerk to be redrawn to a District Judge.

/s/ Brendan Garvin
Deputy Clerk

___

## NOTICE OF REASSIGNMENT

This case is reassigned to District Judge _____ for all further proceedings. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to the previously assigned Magistrate Judge.

_____
Deputy Clerk