**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

LIBERTY MEDIA HOLDINGS, LLC

      Plaintiff

      v.                                          Civil Action No. 11-cv-10802-WGY

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CEO7F2394C7B
5BC9C05; AND DOES 1 through 38,

      Defendants

_____

## APPEARANCE

Please enter my appearance as counsel for Defendant Doe 15 in this case for the limited purpose of challenging jurisdiction and challenging the issuance of a subpoena directing Charter Communications to release certain information regarding Doe 15.

I certify that I am admitted to practice in this court.

Northampton, Massachusetts
June 24, 2011

*/s/ Peter Irvine*

_____
Peter Irvine
Mass. BBO #656538
Attorney for Defendant Doe 15
76 King Street,
Northampton, MA 01060
(413) 587-0008
peter@peterirvinelaw.com