**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
_____

LIBERTY MEDIA HOLDINGS, LLC

        Plaintiff

        v.                                 Civil Action No. 11-cv-10802-WGY

SWARM SHARING HASH FILE
AE340D560129AFEE8D78CEO7F2394C7B
5BC9C05; AND DOES 1 through 38,

        Defendants
_____

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Liberty Media Holdings and Doe 15 that the time for Plaintiff to reply or otherwise plead in response to Doe 15's Motion to Quash Subpoena, dated June 24, 2011, shall be extended to and including July 21, 2011.

Northampton, Massachusetts
July 1, 2011

_Peter Irvine_

_____
Peter Irvine
Mass. BBO #656538
Attorney for Defendant Doe 15
76 King Street,
Northampton, MA 01060
(413) 587-0008
peter@peterirvinelaw.com