**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

LIBERTY MEDIA HOLDINGS, LLC

       Plaintiff

      v.                                      Civil Action No. 11-cv-10802-WGY

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CEO7F2394C7B
5BC9C05; AND DOES 1 through 38,

       Defendants

_____

## CERTIFICATE OF SERVICE

     I hereby certify that Doe's Stipulation to Extend Time, together with all documentary

exhibits, filed through the ECF system was sent electronically to the registered participants as

indentified on the Notice of Electronic Filing at the time of filing.

## CERTIFICATION RE LOCAL RULE 7.1

I hereby certify that I conferred with plaintiff's counsel on the subject of this Motion and

attempted in good faith to resolve or narrow the issue.

Dated: July 1, 2011

_____
Peter Irvine
Mass. BBO #656538
Attorney for Defendant Doe 15
76 King Street,
Northampton, MA 01060
(413) 587-0008
peter@peterirvinelaw.com