# **EXHIBIT A**

xfinity  xfinity.tv  comcast  ✉ Email

# comcast.

| Products | Shop | Programming | Customers | About |

**1. Products**      2. Customize      3. Customer Info      4. Installation

**Current Customer Offers** (if you are a new Comcast customer, click here.)

| **Faster Internet** | **Better TV** | **Smarter Phone** | **Bundles** |

### Extreme 105 - Special Offer

**Current Digital TV or Comcast Digital Voice Customers: Get downloads up to 105 Mbps and uploads up to 10 Mbps for $105.00 per month for the first 12 months with a 1-year agreement.**

- The fastest download speeds around – incredible speeds for households with several computers, hard-core gamers, downloading HD movies and more.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- SmartZone® Communications Center with 7 e-mail accounts, each with 10GB of storage.
- ESPN3.com on Comcast.net.

This special price is for customers who currently subscribe to Comcast Digital TV or Comcast Digital Voice® service.

Minimum System Requirements
Details and Restrictions
Learn More

**Special Offer!**

**$105.00** per month

for the first 12 months
with 1-year agreement

[ADD TO MY CART →]

### Performance - Special Offer

**CURRENT CUSTOMERS: Add high-speed Internet today and get download speeds up to 15 Mbps and uploads up to 3 Mbps with PowerBoost®!**

- Surf the net, download music, upload photos and chat with friends at speeds way faster than DSL.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- SmartZone® Communications Center with 7 e-mail accounts, each with 10GB of storage.
- More than 3,500 live games on ESPN3.com.
- Backed by the Comcast 30-day money-back guarantee.

This special price is for customers who currently subscribe to Comcast Digital TV or Comcast Digital Voice® service.

Minimum System Requirements
Details and Restrictions
Learn More

**Special Offer!**

**$19.99** per month

for the first 6 months

[ADD TO MY CART →]

### Blast!® - Special Offer

**CURRENT CUSTOMERS: Add high-speed Internet today and get** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **with PowerBoost®!**

- Super fast speeds so you can download music, movies and games and upload photos in a flash.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- SmartZone® Communications Center with 7 e-mail accounts, each with 10GB of storage.
- More than 3,500 live games on ESPN3.com.



**Special Offer!**

per month

- Backed by the Comcast 30-day money-back guarantee.

**$29.99**
for the first 6 months

This special price is for customers who currently subscribe to Comcast Digital TV or Comcast Digital Voice® service.

Minimum System Requirements
Details and Restrictions
Learn More



### Extreme 50 - Special Offer

**CURRENT CUSTOMERS: Add high-speed Internet today and get download speeds up to 50Mbps and uploads up to 10Mbps!**

- The fastest download speeds around – incredible speeds for households with several computers, hard-core gamers, downloading HD movies and more.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- SmartZone® Communications Center with 7 e-mail accounts, each with 10GB of storage.
- More than 3,500 live games on ESPN3.com.
- Backed by the Comcast 30-day money-back guarantee.

This special price is for customers who currently subscribe to Comcast Digital TV or Comcast Digital Voice® service.

Minimum System Requirements
Details and Restrictions
Learn More

**Special Offer!**
**$79.99** per month
for the first 6 months




### Economy Internet Service

**Way faster than dial-up with downloads up to 1.5 Mbps and uploads up to 384 Kbps.**

- No dialing in required and no tying up the phone line.
- Download speeds that are way faster than dial-up.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- The SmartZone® Communications Center, which combines e-mail, Comcast voice mail and contacts into one convenient place online.
- Seven e-mail accounts, each with 10GB of storage.
- Access to Comcast.net to share photos, check e-mail and more.
- Backed by the Comcast 30-day money-back guarantee.

This price is for customers who currently subscribe to Comcast Digital TV or Comcast Digital Voice® service.

Minimum System Requirements
Details and Restrictions
Learn More

**$26.95** per month




### Performance

**Downloads up to 12 Mbps, uploads up to 2 Mbps with PowerBoost®**

- The perfect upgrade from DSL.
- Surf the net, download music, upload photos and chat with friends faster than ever before.
- Constant Guard™ - a $360 value of top-rated security software, including the Norton™ Security Suite and much more.
- SmartZone® Communications Center.
- Access to Comcast.net.
- 7 e-mail accounts, each with 10GB of storage.
- Backed by the Comcast 30-day money-back guarantee.

**$45.95** per month

