UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILE,<br>AE340D0560129AFEE8D78CE07F29394C7B<br>5BC9C05; and DOES 1 through 38,<br><br>Defendants | CASE NO.: 11-cv-10802-WGY |

## APPEARANCE

Please enter my appearance for Defendant John Doe number 10 in this case for the limited appearance of challenging jurisdiction. I certify that I am admitted to practice in this Court.

Boston, Massachusetts
July 11, 2011

Respectfully submitted,

By:
Timothy Cornell (BBO 654412)
Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Fl.
Boston, MA 02110
(617) 720-4300
tcornell@pkjlaw.com
*Attorney for Defendant John Doe 10*