UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br>　　　　　Plaintiff<br><br>　　v.<br><br>SWARM SHARING HAS FILE<br>AE340D0560129AFEE8D78CE07F2394C7<br>B5BC9C05 and DOES 1 through 38,<br>　　　　　Defendants. | CIVIL ACTION<br>11-10802-WGY |

ORDER

YOUNG, D.J.                                               July 22, 2011

　　On May 10, 2011, this Court granted Liberty Media Holdings' motion to take early discovery, allowing them to take immediate discovery of various internet service providers to obtain subscriber information relating to certain internet protocol addresses which were allegedly found to be infringing on a copyrighted work belonging to Liberty Media Holdings. ECF No. 11. Three of the thirty-eight alleged infringers listed in Liberty Media Holdings' complaint subsequently filed motions to quash the subpoenas served to their internet service providers using the pseudonyms "John Doe" and "Doe 15." ECF Nos. 12, 13, 16.

　　The anonymous defendants' motions to quash are DENIED. Furthermore, they are not permitted to proceed further in this action using pseudonyms.

　　So Ordered.

/s/ William G. Young
William G. Young
United States District Judge