UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 38,<br><br>  Defendants. | Civil Action No. 11-cv-10802-WGY |

**PLAINTIFF'S EX PARTE MOTION FOR A 90 DAY ENLARGEMENT OF TIME TO SERVE COMPLAINT**

  The plaintiff Liberty Media Holdings, LLC ("Liberty") respectfully moves *ex-parte* for an order pursuant to Federal Rule of Civil Procedure 4(m) to enlarge the period of time to effect service by 90 days. Liberty has acted diligently to identify the anonymous John Doe infringers, but since it only recently received the last of the subscriber records as of August 8th, it requires additional time to complete its preliminary, good faith investigation. Thus, it requests that its time to serve the complaint be extended through and including December 2, 2011.

Dated: August 25, 2011

              Respectfully submitted,

              LIBERTY MEDIA HOLDINGS, LLC

              By its attorneys,

              /s/ Aaron Silverstein
              Aaron Silverstein, Esq.
              (BBO #660716)
              SAUNDERS & SILVERSTEIN LLP
              14 Cedar Street, Suite 224
              Amesbury, MA 01913
              P: 978-463-9100
              F: 978-463-9109
              E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein

## LOCAL RULE 7.1(A)(2) CERTIFICATION

This motion has been filed on an ex-parte basis because most Doe defendants have not made an appearance in the case. However, I certify that prior to filing the foregoing Motion, I conferred with the counsel for the two defendants who have made an appearance in this case in a good faith effort to resolve or narrow the issue. One defendant assented to this motion, and the other stated that he would not oppose.

/s/ Aaron Silverstein
Aaron Silverstein