UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 38,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY |

**NOTICE OF DISMISSAL OF DEFENDANT JOHN DOE NO. 4 ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action with prejudice as to Defendant John Doe No. 4 <u>only</u>, who was associated with the Internet Protocol address 76.119.104.125 on November 16, 2010 at 04:13:47 UTC.

Dated: September 23, 2011

                                                      Respectfully submitted,

                                                      LIBERTY MEDIA HOLDINGS, LLC

                                                      By its attorneys,

                                                      /s/ Aaron Silverstein
                                                      Aaron Silverstein, Esq.
                                                      (BBO #660716)
                                                      SAUNDERS & SILVERSTEIN LLP
                                                      14 Cedar Street, Suite 224
                                                      Amesbury, MA 01913
                                                      P: 978-463-9100
                                                      F: 978-463-9109
                                                      E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.  A copy was sent via email to Doe No. 4.

      /s/ Aaron Silverstein
      Aaron Silverstein