# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC,

        Plaintiff,

   vs.

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B
5BC9C05; AND DOES 1 through 38,

        Defendants.

Civil Action No. 11-cv-10802-WGY

## NOTICE OF DISMISSAL OF DEFENDANT JOHN DOE NO. 27 ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC

("Liberty Media"), hereby dismisses this action with prejudice as to Defendant John Doe No. 27

only, who was associated with the Internet Protocol address 76.19.22.236 on December 2, 2010

at 05:04:39 UTC.

Dated: October 14, 2011

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.  A copy was sent via email counsel for Doe No. 27.


/s/ Aaron Silverstein
Aaron Silverstein