# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B 5BC9C05; AND DOES 1 through 38, <br><br>  Defendants. | Civil Action No. 11-cv-10802-WGY |

**NOTICE OF DISMISSAL OF DEFENDANT JOHN DOE NO. 16 ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action with prejudice as to Defendant John Doe No. 16 <u>only</u>, who was associated with the Internet Protocol address 71.192.115.67 on November 22, 2010 at 03:37:24 UTC.

Dated: October 20, 2011

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. A copy will also be sent via email to counsel for Doe 16.

    /s/ Aaron Silverstein
    Aaron Silverstein