# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC,

                    Plaintiff,

       v.

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B
5BC9C05; AND DOES 1 through 38,

                Defendants.

Civil Action No. 11-cv-10802-WGY

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiff Liberty Media Holdings, LLC.

I certify that I am admitted to practice in this court. I am registered to receive filings electronically.

Las Vegas, Nevada
October 31, 2011

 s/Marc J. Randazza
Marc J. Randazza
Mass. Bar No. #651477
Attorney for Plaintiff Liberty Media Holdings, LLC
6525 Warm Springs Road, Suite 100
Las Vegas, NV 89118
Tel.: 888-667-1113
Fax: 305-437-7662
mjr@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

_s/ Aaron Silverstein_
Aaron Silverstein