# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 38,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY |

## NOTICE OF DISMISSAL OF DEFENDANT JOHN DOE NO. 25 ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action with prejudice as to Defendant John Doe No. 25 only, who was associated with the Internet Protocol address 76.118.182.249 on November 28, 2010 at 05:48:05 UTC.

| | |
|---|---|
| Dated: November 6, 2011 | Respectfully submitted,<br><br>LIBERTY MEDIA HOLDINGS, LLC<br><br>By its attorneys,<br><br>/s/ Aaron Silverstein<br>Aaron Silverstein, Esq.<br>(BBO #660716)<br>SAUNDERS & SILVERSTEIN LLP<br>14 Cedar Street, Suite 224<br>Amesbury, MA 01913<br>P: 978-463-9100<br>F: 978-463-9109<br>E: asilverstein@massiplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2011, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

    /s/ Aaron Silverstein
    Aaron Silverstein