# RETURN OF SERVICE

| | |
|---|---|
| State of: Massachusetts | Court: United States District Court |
| County of: | Court Case #: 1:11-CV-10802-WGY |
| | Court Date: |
| | Issued Date: 1/23/2012 |
| **Plaintiff:** | Our Case #: A2052-1 |
| Liberty Media Holdings, LLC | Client's ref #: Ref. No. 495.802/AYS / 1:11-CV-10802-WGY |

**Defendant:**
Swarm Sharing Hash File, ET AL.

**For:**
Aaron Silverstein
Saunders & Silverstein LLP
14 Cedar Street Suite 224
Amesbury, MA 01913

Received by Counter Intelligence Services on the 31st day of January 2012 to be served on **Tim Zoller**, located at 6521 Majestic Ridge Drive El Paso TX 79912.

I, Mike Southern, duty sworn, declare that on the 4th day of February 2012 at 9:32 AM, **I INDIVIDUALLY SERVED** this paper of process **SUMMONS IN A CIVIL ACTION** by leaving a copy at the within named person's usual place of residence.

Description: White/male, approx. 160lbs, 5'11", 25-30 in age with brown hair.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_Mike Southern_
Mike Southern
Lic#: **SCH9204**
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_Rosa Cervantes_
NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me
4th day of February 2012

☑ Personally Known
☐ Provided ID _____

**ROSA CERVANTES**
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Copyright © 2006 - 2012, Virtual Case Management, LLC