UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**LIBERTY MEDIA HOLDINGS, LLC**
,

    **Plaintiff**

v.                              CIVIL ACTION NO. 1:11 cv 10802-WGY

**SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5B
ET AL**

    **Defendant**

## NOTICE OF APPEARANCE

TO THE CLERK IN THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, Timothy Granger.

                Respectfully submitted,

                /s/ Kevin J. O'Leary
                Kevin J. O'Leary, BBO #559694
                Coughlin Betke LLP
                175 Federal Street
                Boston, MA  02110
                Phone:  617.988.8050
                Direct:  617.988.8047
                Fax:  617.988.8005
                koleary@coughlinbetke.com

CERTIFICATE OF SERVICE

I do hereby certify that, on this __15th__ day of __February___, 2012, a copy of the foregoing was filed electronically with the Federal Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Kevin J. O'Leary
Kevin J. O'Leary