**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>　　　　Plaintiff<br><br>v.<br><br>SWARM SHARING HASH FILE AE340d0560129AFEE8D78CE07F2394C7B5B C9C05 AND COMPRISING MICHAEL RAPISARDA, JEREMY MARRON, TIM ZOLLER, PHILIP PIRELLO, THEODORE WARNER, JOHN DOE 15, MARK PACKARD, TIM GRANGER, THA CHANH, AVANT PAVIDAPHA, KYLE BORAN, LARRY SON, SHANNON LYONS AND JOHN DOES 39-51,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 11-cv-10802<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF ALEXANDRA C. FENNELL**

Please enter the appearance of attorney Alexandra C. Fennell of Pepper Hamilton LLP as attorney of record for Defendant, Philip Pirello in the above-captioned matter.

Dated: February 15, 2012　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Alexandra C. Fennell*
　　　　　　　　　　　　　　　　　　　　　　Alexandra C. Fennell (BBO# 658692)
　　　　　　　　　　　　　　　　　　　　　　fennella@pepperlaw.com
　　　　　　　　　　　　　　　　　　　　　　Pepper Hamilton LLP
　　　　　　　　　　　　　　　　　　　　　　15th Floor, Oliver Street Tower
　　　　　　　　　　　　　　　　　　　　　　125 High Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110-2736
　　　　　　　　　　　　　　　　　　　　　　617-204-5100

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Philip Pirello*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2012.

/s/ *Alexandra C. Fennell*