**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 11-cv-10802 |
| v. ) | |
| ) | |
| SWARM SHARING HASH FILE ) | |
| AE340d0560129AFEE8D78CE07F2394C7B5B ) | |
| C9C05 AND COMPRISING MICHAEL ) | |
| RAPISARDA, JEREMY MARRON, TIM ) | |
| ZOLLER, PHILIP PIRELLO, THEODORE ) | |
| WARNER, JOHN DOE 15, MARK PACKARD, ) | |
| TIM GRANGER, THA CHANH, AVANT ) | |
| PAVIDAPHA, KYLE BORAN, LARRY SON, ) | |
| SHANNON LYONS AND JOHN DOES 39-51, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, PHILIP PIRELLO'S ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Philip Pirello ("Mr. Pirello") hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the time within which he must answer, move or otherwise respond to Plaintiff's First Amended Complaint up to and including March 19, 2012. As grounds for this motion, Mr. Pirello states:

1. Plaintiff filed its First Amended Complaint in this Court on January 23, 2012.

2. On February 9, 2012, counsel for plaintiff, Aaron Silverstein, Esq., agreed to extend Mr. Pirello's time to respond to the First Amended Complaint up to and including March 19, 2012.

3. Counsel for plaintiff, Aaron Silverstein, Esq., has assented to this Motion.

Dated: February 15, 2012

Respectfully Submitted,

DEFENDANT PHILIP PIRELLO,

By his attorneys

/s/ *Alexandra C. Fennell*_____
Alexandra C. Fennell (BBO# 658692)
fennella@pepperlaw.com
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110-2736
617-204-5100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2012.

/s/ *Alexandra C. Fennell*