Civil Action No.: **1:11-CV-10801-WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) MICHAEL RAPISARDA

was received by me on (date) 1/25/12 .

☐ I personally served the summons on the individual at (place) 23 Highcrest Terrace, Apt. 23, Roslindale, Ma

along with 1st. Complaint + Exhibit 1 on (date) ; or

☒ I left the summons at the individuals residence or usual place of abode with (name) Jim Wei

accepted service as agent and , a person of suitable age and discretion who resides there,

on (date) 1/28/12 Saturday , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) , who is

designated by law to accept service of process on behalf of (name of organization)

on (date) ; or

☐ I returned the summons unexecuted because ; or

☐ Other (specify) :

My fees are $ \_\_\_\_\_ for travel and $ \_\_\_\_\_ for services, for a total of $65.00 .

I declare under penalty of perjury that this information is true.

1/28/12
*Date*

*Catello E. Battinelli II*
*Server's Signature*

CATELLO E. BATTINELLI 11 CONSTABLE
*Printed name and title*

11 MARRETT ROAD, BURLINGTON, MA 01803
*Server's Address*

Additional information regarding attempted service, etc:

2 Attempts made to effect service in hand.
1st 1/27/12  2nd 1-28-12.

# UNITED STATES DISTRICT COURT
для
## DISTRICT OF MASSACHUSETTS

**LIBERTY MEDIA HOLDINGS, LLC**

*Plaintiff*

v.

**SWARM SHARING HASH FILE, ET AL.**

*Defendant*

Civil Action No.:
1:11-CV-10802-WGY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Michael Rapisarda
   23 Highcrest Terrace, Apt. 23
   Roslindale, MA 02131

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:
   Aaron Silverstein
   Saunders & Silverstein LLP
   14 Cedar Street, Ste. 224
   Amesbury, MA 01913
   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ – **Matthew Paine**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2012-01-24 07:16:13.0, Clerk USDC DMA