UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, plaintiff<br>v.<br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05 ET AL, defendant | No. 1:11-cv-10802-WGY |

### APPEARANCE OF COUNSEL

Please enter my appearance as counsel for Defendant Anant Pavidapha in the above entitled action.

I hereby certify that I am admitted to practice in this court.

                                                    Respectfully submitted,
                                                  Anant Pavidapha
                                                  By his Attorney,

                                                  _____/S/_____
                                                  Edward R. Molari, Esq.
                                                  BBO#: 675771
                                                  185 Devonshire St., STE 302
                                                  Boston, MA 02110
                                                  Phone: (617) 942-1532
                                                  Fax: (815) 642-8351
Dated: Friday, February 17, 2012                Email: edward@molarilaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, February 15, 2012, the foregoing document, together with all documentary exhibits was filed through the ECF system and electronically sent to all registered participants as identified on the Notice of Electronic Filing as of the day and time of filing.

Dated: Friday, February 17, 2012        Signature:_____/S/_____