UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**LIBERTY MEDIA HOLDINGS, LLC**
,

       **Plaintiff**

v.                                            CIVIL ACTION NO. 1:11 cv 10802-WGY

**SWARM SHARING HASH FILE**
**AE340D0560129AFEE8D78CE07F2394C7B5B**
**ET AL**

       **Defendant**

## MOTION OF DEFENDANT TIM GRANGER TO CONTINUE STATUS CONFERENCE OF MARCH 7, 2012

Now comes defendant Tim Granger ("Granger") and moves the Court to briefly continue the status conference currently scheduled for March 7, 2012 at 2 p.m. As grounds, Granger states that he received a notice on February 21, 2012 of a status conference scheduled for March 7, 2012 at 2 p.m. Unfortunately, Counsel for Granger has a pre-scheduled evidence inspection (day 2) for that same day in Worcester, Massachusetts. This second case <u>Holway v. Prada</u> et al (Plymouth Circuit Court PLCV2009-469) is a multimillion dollar wrongful death case and the inspection involves the commercial truck involved in the accident. Day 1 of the inspection of the truck lasted 10 hours. Many out of state expert witnesses are flying in from New York and Chicago to attend the testing of the truck's brake system on Day 2 of the inspection, slated to begin at 10 a.m. on March 7, 2012. Counsel for Granger has checked with his office and no one is available at this time to assist in appearing in his place at the status conference or inspection.

Wherefore, Granger requests that the status conference be continued. Any afternoon on the following dates are free in March:

3/8, 9, 12, 13, 15, 16, 19, 21-23, 26-30

    Respectfully submitted,

/s/ Kevin J. O'Leary
Kevin J. O'Leary, BBO #559694
Coughlin Betke LLP
175 Federal Street
Boston, MA  02110
Phone:  617.988.8050
Direct:  617.988.8047
Fax:  617.988.8005
koleary@coughlinbetke.com

CERTIFICATE OF SERVICE

    I do hereby certify that, on this __22th__ day of __February___, 2012, a copy of the foregoing was filed electronically with the Federal Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                        /s/ Kevin J. O'Leary
                                        Kevin J. O'Leary