UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05 AND COMPRISING MICHAEL RAPISARDA, JEREMY MARRON, TIM ZOLLER, PHILIP PIRELLO, THEODORE WARNER, JOHN DOE 15, MARK PACKARD, TIM GRANGER, THA CHANH, AVANT PAVIDAPHA, KYLE BORAN, LARRY SON, SHANNON LYONS, AND JOHN DOES 39-51,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY |

**NOTICE OF DISMISSAL OF DEFENDANT MARK PACKARD**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action without prejudice solely as to Defendant Mark Packard.

Dated: February 23, 2012

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. Defendant Mark Packard will be served via first-class mail and email.

    /s/ Aaron Silverstein
    Aaron Silverstein