UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05 AND COMPRISING MICHAEL RAPISARDA, JEREMY MARRON, TIM ZOLLER, PHILIP PIRELLO, THEODORE WARNER, JOHN DOE 15, MARK PACKARD, TIM GRANGER, THA CHANH, AVANT PAVIDAPHA, KYLE BORAN, LARRY SON, SHANNON LYONS, AND JOHN DOES 39-51,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY<br><br>**PLAINTIFF LIBERTY MEDIA HOLDINGS, LLC'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT MICHAEL RAPISARDA** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    Plaintiff Liberty Media Holdings, LLC ("Liberty") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Michael Rapisarda on the ground that said defendant has failed to appear or otherwise respond to Liberty's First Amended Complaint and Summons in this matter within the time prescribed by the Federal Rules of Civil Procedure. Liberty Media served its First Amended Complaint and Summons in this matter on January 28, 2012, as evidenced by the proof of service of Summons and First Amended Complaint on file with this Court.

    The above stated facts are set forth in the accompanying Declaration of Aaron Y. Silverstein filed herewith.

Dated: February 24, 2012            Respectfully submitted,

                                               LIBERTY MEDIA HOLDINGS, LLC

                                               By its attorneys,

                                               /s/ Aaron Silverstein
                                               Aaron Silverstein, Esq.
                                               (BBO #660716)
                                               SAUNDERS & SILVERSTEIN LLP
                                               14 Cedar Street, Suite 224
                                               Amesbury, MA 01913
                                               P: 978-463-9100
                                               F: 978-463-9109
                                               E: asilverstein@massiplaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that February 24, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. A copy of the foregoing document has been sent via first-class mail to defendant at the following address:

         Michael Rapisarda
         23 Highcrest Terrace, Apt. 23
         Roslindale, MA 02131

                                               /s/ Aaron Silverstein
                                               Aaron Silverstein