# United States District Court

## District of Massachusetts

Case Name: Liberty Media Holdings, LLC vs Swarm Sharing Hash File, Et Al.

Case Number: (Civil Action No) 1:11-CV-10802-WGY

FILED IN CLERKS OFFICE 2012 FEB 27 A 11: 29

**Motion For:** Requesting additional time to retain counsel

I currently live in El Paso, Texas, and was served with papers here. Due to my unfamiliarity with legal matters and the substance of the action it has been difficult to learn how to proceed. Additionally, working at this from a distance with limited resources, I have not yet been able to resolve my need for legal representation to this point.

I request additional time (two to three weeks if possible) to develop and secure representation appropriate to my need and circumstances.

With respect,

_____        _____
Signature                                                                Date

**6521 Majestic Ridge Drive, El Paso, TX  79912**        **(603) 337-5755**

Address                                                                  Phone