UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWARM SHARING HASH FILE AE3 et al.,<br><br>　　　　Defendants. | Civil Action No. 11-cv-10802-WGY |

**PLAINTIFF'S EMERGENCY MOTION FOR A
30 DAY ENLARGEMENT OF TIME TO SERVE COMPLAINT ON DOE 15**

　　The plaintiff Liberty Media Holdings, LLC ("Liberty") respectfully moves for an order pursuant to Federal Rule of Civil Procedure 4(m) to enlarge the period of time to effect service of Doe 15 by thirty (30) days, through and including March 31, 2012. Liberty was under the understanding that it had reached a settlement in principal with Mr. Jeffrey Menard, the subscriber assigned the IP address used by Doe 15. In reliance on this agreement in principal, Liberty suspended efforts to serve him while the formal settlement papers were prepared. Menard, however, has not executed the agreement, and he has gone incommunicative regarding his intentions toward settlement. Thus, Liberty requests a short extension of time to serve him if he does, in fact, intend to repudiate the settlement agreement.

　　In support of this motion, Liberty relies upon the accompanying memorandum of law.

| | |
|---|---|
| Dated: March 1, 2012 | Respectfully submitted, |
| | LIBERTY MEDIA HOLDINGS, LLC |
| | By its attorneys, |
| | /s/ Aaron Silverstein<br>Aaron Silverstein, Esq.<br>(BBO #660716)<br>SAUNDERS & SILVERSTEIN LLP<br>14 Cedar Street, Suite 224<br>Amesbury, MA 01913<br>P: 978-463-9100<br>F: 978-463-9109<br>E: asilverstein@massiplaw.com |
| | Marc J. Randazza<br>(BBO # 651477)<br>6525 Warm Springs Road, Suite 100<br>Las Vegas, NV 89118<br>P: 888-667-1113<br>F: 305-437-7662<br>E: mjr@randazza.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that prior to filing the foregoing Motion, I conferred with counsel for Mr. Jeffery Menard, in a good faith effort to resolve or narrow the issue presented in this Motion. The parties were unable to resolve the issue presented for the Court's determination in this Motion.

/s/ Aaron Silverstein
Aaron Silverstein

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein