UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――

LIBERTY MEDIA HOLDINGS, LLC

    Plaintiff

    v.                                  Civil Action No. 11-cv-10802-WGY

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CEO7F2394C7B
5BC9C05; AND DOES 1 through 38,

    Defendants

―――――――――――――――――――――――

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A 30 DAY ENLARGEMENT OF TIME TO SERVE COMPLAINT ON DOE 15

Jeffrey Menard ("Defendant"), also known in this action as Doe 15, opposes the Plaintiff's request and contests the allegations contained therein.

Defendant's counsel respectfully asks that the Court not take any action on Plaintiff's Motion matter until Defendant's counsel has an opportunity to submit a supporting memorandum, which he will do by the end of today. Counsel has been handling two unrelated matters in Northampton District Court this morning.

Northampton, Massachusetts
March 1, 2012

*/s/ Peter Irvine*

―――――――――――――――――――――――
Peter Irvine
Mass. BBO #656538
Attorney for Jeffrey Menard
76 King Street,
Northampton, MA 01060

(413) 587-0008
peter@peterirvinelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the attached Motion, together with all documentary exhibits, filed through the ECF system will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing at the time of filing.