UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILE AE3 et al,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY |

## CERTIFICATION OF COUNSEL AND PLAINTIFF PURSUANT TO LOCAL RULE 16.1(d)(3)

Saunders & Silverstein LLP and Plaintiff Liberty Media Holdings, LLC, hereby certify that we have conferred with respect to Local Rule 16.1(D)(3) regarding the costs of litigation and the possibility of using alternative dispute resolution methods to resolve the disputes between the parties.

Dated: March 2, 2012

Respectfully submitted,

Liberty Media Holdings, LLC

By its attorneys,

/s/Aaron Silverstein
(BBO #660716)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913-1831
P: 978-463-9130
F: 978-463-9109
E :asilverstein@massiplaw.com

Liberty Media Holdings, LLC

Signed: [signature]

Name: BRIAN DUNLAP

Title: CBDO

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein