**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LIBERTY MEDIA HOLDINGS, LLC

           Plaintiff

       v.                                Civil Action No. 11-cv-10802-WGY

SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CEO7F2394C7B
5BC9C05; AND DOES 1 through 38,

           Defendants

## MOTION TO WITHDRAW

     Pursuant to Local Rule 83.5.2(c), attorney Peter Irvine requests permission of the court to withdraw from this case. Attorney Irvine has appeared on behalf of Jeffery Menard. The Plaintiff has released Mr. Menard from all claims in connection with this action.

     Mr. Menard consents to this Motion.

     Plaintiff consents to this Motion.

Northampton, Massachusetts
March 7, 2012

Peter Irvine
Mass. BBO #656538
Attorney for Jeffrey Menard
76 King Street,
Northampton, MA 01060
(413) 587-0008
peter@peterirvinelaw.com

Jeffery Menard, consenting to this Motion

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that prior to filing the foregoing Motion, I conferred with counsel for the Plaintiff, in a good faith effort to resolve or narrow the issue presented in this Motion. The parties were **able** to resolve the issue presented for the Court's determination in this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that the attached Motion, together with all documentary exhibits, filed through the ECF system will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing at the time of filing.

Peter Irvine
Mass. BBO #656538
76 King Street,
Northampton, MA 01060
(413) 587-0008
peter@peterirvinelaw.com