UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SWARM SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05 AND COMPRISING MICHAEL RAPISARDA, JEREMY MARRON, TIM ZOLLER, PHILIP PIRELLO, THEODORE WARNER, JOHN DOE 15, MARK PACKARD, TIM GRANGER, THA CHANH, AVANT PAVIDAPHA, KYLE BORAN, LARRY SON, SHANNON LYONS, AND JOHN DOES 39-51,<br><br>    Defendants. | Civil Action No. 11-cv-10802-WGY |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), Defendant Philip Pirello and his counsel hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course, and various courses, of the litigation and to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                      Respectfully Submitted,

/s/ *Philip Pirello*
Defendant Philip Pirello

/s/ *Alexandra C. Fennell*
Alexandra C. Fennell (BBO #658692)
fennella@pepperlaw.com
Pepper Hamilton LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA  02110-2736
(617) 204-5100

Dated: March 7, 2012

*Attorney for Philip Pirello*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2012.

                                                      /s/ *Alexandra C. Fennell*