## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

LIBERTY MEDIA HOLDINGS, LLC,

        Plaintiff,

    v.

SWARM SHARING HASH FILE AE3 et al.,

        Defendants.

Civil Action No. 11-cv-10802-WGY

### PLAITIFF AND COUNTER-CLAIM DEFENDANT, LIBERTY MEDIA HOLDINGS, LLC ANSWER TO DEFENDANT AND COUNTER-CLAIM PLAINTIFF ANANT PAVIDAPHA'S COUNTER-CLAIMS

Plaintiff and counter-claim Defendant Liberty Media Holdings, LLC ("Plaintiff") answers the counterclaims of Defendant and counter-claim Plaintiff Anant Pavidapha's ("Defendant") as follows.

1.      Plaintiff admits the allegations contained in paragraph 12 of the counterclaims.

2.      Plaintiff admits that it obtained Defendant's IP Address; Plaintiff denies that it engaged in legal action pursuant to 17 U.S.C. § 512 and any other allegations contained in paragraph 13.

3.      Plaintiff denies the allegations contained in paragraph 14 of the counterclaims.

4.      Plaintiff denies the allegations contained in paragraph 15 of the counterclaims.

5.      Plaintiff denies the allegations contained in paragraph 16 of the counterclaims.

6.      Plaintiff denies the allegations contained in paragraph 17 of the counterclaims.

7.      Plaintiff denies the allegations contained in paragraph 18 of the counterclaims.

8.      Plaintiff denies the allegations contained in paragraph 19 of the counterclaims.

9.      Plaintiff denies the allegations contained in paragraph 20 of the counterclaims.

10.     Paragraph 21 of the counterclaims does not require an answer.

11.     Plaintiff denies the allegations contained in paragraph 22 of the counterclaims.

12.     Plaintiff denies the allegations contained in paragraph 23 of the counterclaims.

13.     Plaintiff denies the allegations contained in paragraph 24 of the counterclaims.

14.     Plaintiff denies the allegations contained in paragraph 25 of the counterclaims.

15.     Plaintiff denies the allegations contained in paragraph 26 of the counterclaims.

16.     Plaintiff denies the allegations contained in paragraph 27 of the counterclaims.

17.     Plaintiff denies the allegations contained in paragraph 28 of the counterclaims.

### Affirmative Defenses

18.     Defendant's counterclaims fail to state claims upon which relief can be granted.

19.     Defendant's counterclaims are barred by the doctrine of unclean hands.

20.     Defendant's counterclaims are barred by the doctrine of equitable estoppel.

21.     Plaintiff reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure and any other defenses, at law or equity that may now exist or in the future be available based upon discovery or further factual investigation of this case.

Dated: March 9, 2012

Respectfully submitted,

Plaintiff Liberty Media Holdings, LLC

By its attorneys,

/s/Aaron Silverstein
Aaron Silverstein
(BBO #660716)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9130
E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein