# **EXHIBIT A**

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SWARM SHARING HASH FILE AE3 et al., <br><br> Defendants. | Civil Action No. 11-cv-10802-WGY |

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

WHEREAS, defendant Larry Son ("Defendant") acknowledges and agrees that a failure to secure an internet router by password protection may invite infringing uses of copyrighted materials accessible to individuals through such a router; and

WHEREAS, Defendant acknowledges and agrees that the sharing and distribution of Plaintiff's copyrighted works via BitTorrent constitutes an infringement of Plaintiff's rights; and

WHEREAS, Defendant wishes to avoid the expense and uncertainty of continued litigation; and

WHEREAS, Defendant has had the opportunity to consult with his undersigned attorney and understands the legal effect of this offer:

NOW, THEREFORE, Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, by her undersigned attorney, hereby makes an offer of judgment in the above-captioned action as follows:

1. With respect to Count 1, Copyright Infringement, judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $20,000.00.

2. With respect to Count 2, Contributory Copyright Infringement, judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $20,000.00.

3. With respect to Count 3, Civil Conspiracy, judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $1,000.00, as Defendant takes the position that she has not conspired with any other parties in any manner, but the $1,000.00 offered is to buy his peace.

4. With respect to Count 4, Negligence, judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $10,000.00.

5. Accordingly, the entire judgment that shall be entered against Defendant shall be $51,000.00 inclusive of costs and attorneys' fees.

6. With respect to Count 4, Negligence, Defendant shall secure his internet router and to deny use of his internet connection to anyone who would engage in infringing conduct; and

7. This offer of judgment is made exclusively for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as

an admission that Defendant is liable in this action or that Plaintiff has suffered any injury.

        8.    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer may be accepted by written notice served on or before March 20, 2012, after which this offer shall be deemed rejected.

Dated: March 13, 2012

DAN N. TRAN, ESQ.

*/s/ Dan N. Tran*

Dan N. Tran, Esq.
(BBO #664074)
1377 Dorchester Ave., 2nd Floor
Dorchester, MA 02122
Tel: (617) 825-4849
Email: dtran215@yahoo.com

*Attorney for Defendant Larry Son*