# United States District Court

# District of Massachusetts

FILED
IN CLERKS OFFICE

2012 MAR 21 A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Name: Liberty Media Holdings, LLC vs Swarm Sharing Hash File, Et Al.

Case Number: (Civil Action No) 1:11-CV-10802-WGY

**Motion For:** Extension of time to respond, in order to retain counsel

I thank the court for the previous extension. I have still not to this point been able to get representation that I can afford.

I have approached this a couple different ways. I sought help from organizations that provide legal aid to low income clients (Texas Rio Grande Legal Aid, which cannot help in this jurisdiction, and Greater Boston Legal Services, which does not provide services for this kind of case). I have also sought out attorneys with knowledge of copyright law; but I cannot afford their standard rates.

I am working two part-time retail jobs at near minimum wage, taking the bus when available and walking when it is not. I am living with the parents of a friend and trying to put together deposit money to get into an apartment. I am paying off a car loan for a car which no longer runs. I do not have savings. In these circumstances my resources for a lawyer are very limited.

I have gotten some education on the issues. I understand that litigation in this court can be prohibitively expensive for someone in my circumstances. I find that I can neither afford to pursue strategies which may be effective, nor to await a judgment which will likely overwhelm me. I am trying to find a way to negotiate something which might work.

I request additional time (four weeks if possible) to come to terms and secure representation appropriate to my need and circumstances.

With respect,

_____     3/20/2012
Signature                            Date

**6521 Majestic Ridge Drive, El Paso, TX 79912**     **(603) 337-5755**

Address                              Phone