# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SWARM SHARING HASH FILE AE3 et al.,<br><br>      Defendants. | Civil Action No. 11-cv-10802-WGY |

**ASSENTED TO NOTICE OF DISMISSAL OF DEFENDANT PHILIP PIRELLO**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action, with prejudice, solely as to Defendant Philip Pirello. Liberty Media and Defendant Pirello each waive all rights of appeal and each agree to be solely responsible for the costs and fees incurred as a result of this action, including attorneys' fees.

Dated: March 22, 2012

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants. Defendant Mark Packard will be served via first-class mail and email.

    /s/ Aaron Silverstein
    Aaron Silverstein