## EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SWARM SHARING HASH FILE AE3 et al., <br><br> Defendants. | Civil Action No. 11-cv-10802-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c)(1), plaintiff and counterclaim-defendant Liberty Media Holdings, LLC and defendant and counterclaim-plaintiff Anant Pavidapha hereby stipulate to entry of an order dismissing with prejudice all claims and counter-claims, each party to bear its own fees and costs. This Stipulation of Dismissal shall only apply to defendant and counterclaim-plaintiff Anant Pavidapha.

Dated: March 30, 2012

Respectfully submitted,

| | |
|---|---|
| Anant Pavidapha | Liberty Media Holdings, LLC |
| By his Attorney, | By its Attorneys, |
| *[signature]* | *[signature]* |
| | Saunders & Silverstein LLP |
| Edward R. Molari, Esq. | Aaron Silverstein, Esq. |
| BBO#: 675771 | (BBO #660716) |
| 185 Devonshire St. STE 302 | 14 Cedar Street, Suite 224 |
| Boston, MA 02110 | Amesbury, MA 01913 |
| Phone: (617) 942-1532 | P: 978-463-9130 |
| Fax: (815) 642-8351 | F: 978-463-9109 |
| Email: edward@moralilaw.com | E: asilverstein@massiplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein