UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

**LIBERTY MEDIA HOLDINGS, LLC**
,

      **Plaintiff**

v.                                          CIVIL ACTION NO. 1:11 cv 10802-WGY

**SWARM SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5B
ET AL**

      **Defendant**

## JOINT NOTICE OF AVAILABLE ADR SESSION DATES

With respect to Magistrate Judge Robert B. Collings' ELECTRONIC ORDER entered re [118] Order Referring Case to ADR entered by Judge Young, Counsel for plaintiff Liberty Media Holdings LLC and defendant Timothy Granger have conferred and file this joint pleading notifying the Court that these two parties are available for a mediation on the week of July 30, 2012 – August 3, 2012. Neither party has heard from any other defendant in the case.

Wherefore, we request that the Court set a mediation session for one of these available dates.

Respectfully submitted,

FOR PLAINTIFF LIBERTY MEDIA HOLDINGS LLC

\_\_/s/ Aaron Silverstein_____
Aaron Silverstein BBO# 660716
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
978-463-9130 phone
978-463-9109 fax
asilverstein@massiplaw.com

FOR DEFENDANT TIMOTHY GRANGER

/s/ Kevin J. O'Leary_____
 Kevin J. O'Leary, BBO #559694
Coughlin Betke LLP
175 Federal Street
Boston, MA  02110
Phone:  617.988.8050
Direct:  617.988.8047
Fax:  617.988.8005
 koleary@coughlinbetke.com

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that, on this \_\_16th\_\_ day of \_\_May\_\_\_, 2012, a copy of the foregoing was filed electronically with the Federal Court.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Kevin J. O'Leary_____
Kevin J. O'Leary