UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SWARM SHARING HASH FILE AE3 et al.,<br><br>      Defendants. | Civil Action No. 11-cv-10802-WGY |

**NOTICE OF DISMISSAL OF DEFENDANT THA CHANH**

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(i), the Plaintiff, Liberty Media Holdings, LLC ("Liberty Media"), hereby dismisses this action without prejudice solely as to Defendant Tha Chanh.

Dated: May 25, 2012

Respectfully submitted,

LIBERTY MEDIA HOLDINGS, LLC

By its attorneys,

/s/ Aaron Silverstein
Aaron Silverstein, Esq.
(BBO #660716)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
P: 978-463-9100
F: 978-463-9109
E: asilverstein@massiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

    /s/ Aaron Silverstein
    Aaron Silverstein