# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SWARM SHARING HASH FILE AE3 ET AL, <br><br> Defendant. | Civil Action No. 11-cv-10802-WGY |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c)(1), Plaintiff Liberty Media Holdings, LLC, and Defendant Tim Granger hereby stipulate to entry of an order dismissing the above-captioned action with prejudice, each party to bear its own fees and costs.

Page 5 of 6

LMH        Defendant

Dated: June 13, 2012

Respectfully submitted,

| Tim Granger | Liberty Media Holdings, LLC |
|---|---|
| By his Attorney, | By its Attorneys, |
| Kevin J. O'Leary, Esq. | Aaron Silverstein, Esq. |
| (BBO#: 559694) | (BBO #660716) |
| Coughlin Betke LLP | Saunders & Silverstein LLP |
| 175 Federal Street | 14 Cedar Street, Suite 224 |
| Boston, MA 02110 | Amesbury, MA 01913 |
| Phone: (617) 988-8050 | P: 978-463-9130 |
| Fax: | F: 978-463-9109 |
| koleary@coughlinbetke.com | asilverstein@massiplaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Aaron Silverstein
Aaron Silverstein

LMH          Defendant