# United States District Court
# District of Massachusetts

LIBERTY MUTUAL HOLDINGS, LLC.,
    Plaintiff,

v.                            CIVIL ACTION NO. 2011-10802-WGY

SWARM SHARING HASH FILE, ETC.,
    ET AL.,
        Defendants.

## *REPORT RE: ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

**COLLINGS, U.S.M.J.**

    The case was referred for mediation in April, 19th but the case has since been closed.  Accordingly, the mediation scheduled fro July 30 is CANCELLED and the file is RETURNED to the Clerk's Office.

*Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 21, 2012.
Copy to:    Judge Young
                Yvonne Franklin